**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GANG LI,

               Petitioner,

        v.

FERETI SEMAIA, et al.,

               Respondents.

Case No. 5:26-cv-01485-SP

**ORDER GRANTING PETITION**

On June 8, 2026, the court issued a Report and Recommendation in this case.  The parties subsequently consented to have the Magistrate Judge hear this case and render a final disposition.

For the reasons stated in the Report and Recommendation, the court now ORDERS that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Gang Li (A # 245-804-721) from immigration custody, subject to appropriate conditions of supervision; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community; and (5) respondents shall file a status

report no later than 3 court days from the date of this Order regarding their compliance with this Order.

Dated: June 16, 2026

_____

SHERI PYM
United States Magistrate Judge