**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| GANG LI,<br><br>               Petitioner,<br><br>        v.<br><br>FERETI SEMAIA, et al.,<br><br>               Respondents. | Case No. 5:26-cv-01485-SP<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 16, 2026

_____

SHERI PYM
United States Magistrate Judge